**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TOMMY LEE WAUGH #47088-074
USP Marion, Illinois, P.O. Box 1000
Marion, Illinois 62959-1000

*Plaintiff,*

v.

Civil Action No. 21-2624

MICHAEL CARVAJAL
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

GUY PAGLI
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

ANDRE MATEVOUSIAN
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

RUSSELL WYATT
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

HAZMA BOUSSAG
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

MIRANDA FAUST
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

DAVID BREWER
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

MICHAEL FRAZIER
Federal Bureau of Prisons
Mid-Atlantic Regional Office
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701,

RENEE BRINKER FORNSHILL
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

EUGENE BAIME
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

RONALD RODGERS
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

KENNETH HYLE
Federal Bureau of Prisons
Central Office
320 First Street, N.W.

Room 936 HOLC Building
Washington, DC 20534,

BUREAU OF PRISONS
320 First Street, NW
Washington, D.C. 20534

BARB VON BLANCKENSEE
Federal Bureau of Prisons
North Central Regional Office
400 State Avenue, Suite 800
Kansas City, KS 66101,

*Defendants.*

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1442, Defendants, by and through undersigned counsel,[1] hereby respectfully file this Notice of Removal of the Complaint originally filed in the District of Columbia Superior Court by Tommy Lee Waugh ("Plaintiff"). In support of this Notice, the following facts are relied upon:

1.    Defendant is in receipt of a Summons and Complaint in the case of Tommy Lee Waugh *v. Michael D. Carvajal, et al.,* Case No. 2021 002208 B filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"). Plaintiff's Complaint seems to object to delays in his communications caused by his assignment to a communications unit. A copy of the Summons and Complaint are attached hereto as **Exhibit 1.**

---

[1]    Defendants in this lawsuit are sued in both their individual and official capacities. Undersigned counsel currently only represents them in their official capacities, as their requests for Department of Justice Representation are currently pending. *See* 28 C.F.R. § 50.15. Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, including, but not limited to, insufficient service of process, lack of jurisdiction, and immunity from suit.

2.      Defendants Michael Carvajal, Director, Federal Bureau of Prisons (BOP), Guy Pagli, Chief of the BOP Counter Terrorism Unit (CTU), Andre Matevousian, Assistant Director (BOP), Russell Wyatt, Intelligence Analyst (CTU), Hamza Boussag, Intelligence Analyst (CTU), Miranda Faust, Administrator, (CTU), David Brewer, Senior Deputy Assistant Director, (BOP), Michael Frazier, Attorney (BOP), Renee Brinker Fornshill, Attorney (BOP), Eugene Baime, Supervisory Attorney (BOP), Ronald Rogers, Attorney (BOP), Kenneth Hyle, Assistant Director (BOP), and Barbara Von Blackensee, Regional Director (BOP), are officers or acting under officers of the United States pursuant 28 U.S.C. § 1442(a)(1).

3.      On the basis of the Complaint and other available information, Brian P. Hudak, Acting Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Defendants Michael Carvajal, Director, Federal Bureau of Prisons (BOP), Guy Pagli, Chief of the BOP Counter Terrorism Unit (CTU), Andre Matevousian, Assistant Director (BOP), Russell Wyatt, Intelligence Analyst (CTU), Hamza Boussag, Intelligence Analyst (CTU), Miranda Faust, Administrator, (CTU), David Brewer, Senior Deputy Assistant Director, (BOP), Michael Frazier, Attorney (BOP), Renee Brinker Fornshill, Attorney (BOP), Eugene Baime, Supervisory Attorney (BOP), Ronald Rogers, Attorney (BOP), Kenneth Hyle, Assistant Director (BOP), and Barbara Von Blackensee, Regional Director (BOP), are federal employees who were acting within the scope of his office or employment at the time of the allegations giving rise to the Complaint. *See* Cert. of Brian P. Hudak, attached hereto as **Exhibit 2**.

4.      Plaintiffs' claims are those over which the District Court has original jurisdiction because the action is brought against an agency of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court.

Dated: October 7, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

BRIAN P. HUDAK
Acting Civil Chief

By:  */s/ Stephen DeGenaro*
STEPHEN DEGENARO
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendants*